# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**THE UNITED STATES OF AMERICA**

   **v.**                           **2:**

WILLIAM CURLIS               **JUDGE**

## CONSENT TO PROCEED ON CONDITIONAL GUILTY PLEA
## BEFORE A UNITED STATES MAGISTRATE JUDGE

    The defendant understands that he/she has the right to enter a guilty plea in person and before a United

States District Judge.

    **The defendant WAIVES that right and agrees to proceed with a conditional guilty plea before a United States Magistrate Judge, who will make a recommendation to the District Judge.**

**Defendant's Initials:** _____

    **The defendant UNDERSTANDS that, if the District Judge accepts the guilty plea, the District Judge will decide whether to accept any plea agreement between the Defendant and the United States, will adjudicate defendant guilty, and will impose sentence.**

**Defendant's Initials:** _____

    **The defendant CONSENTS to a presentence investigation by the United States Probation Office, and to the disclosure of the presentence investigation report to the District Judge, to the attorney for the United States, as well as to the defendant and to the defendant's attorney, so that the District Judge may consider that report at sentencing.**

**Defendant's Initials:** _____

I have read, or had read to me, the foregoing waiver and consent and fully understand it.

_____
Defendant

_____
Attorney for Defendant

Date: __5/8/2024__