```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
```

**UNITED STATES OF AMERICA**

    **vs.**　　　　　　　　　　　　　　　　2:24-cr-046
　　　　　　　　　　　　　　　　　　　　JUDGE JAMES L. GRAHAM

**WILLIAM CURLIS**


## DUE PROCESS ORDER

Pursuant to the Due Process Protections Act and Rule 5(f) of the Federal Rules of Criminal Procedure, the Court reminds the government of its obligations under *Brady v. Maryland,* 373 U.S. 83 (1963), to disclose evidence favorable to the defendant or material to the defendant's guilt or punishment. The Government is **ORDERED** to comply with *Brady* and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances.

　　　　　　　　　　　　　　　　　　*s/ Norah McCann King*
　　　　　　　　　　　　　　　　　　**Norah McCann King**
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**